# 60712

FILED

2010 JUL 21 AM 11: 36

COURT OF OHIO

**UNCLAIMED FUNDS**

JULY 20, 2010

09-61886    SALVATORE GENTILE
                DEBTOR DID NOT CASH CHECK
                CHECK #439185 FOR $46.15
                SALVATORE GENTILE
                1004 9TH ST NW
                CANTON, OH 44703

08-60602    ARTHUR MOORE
                MARY MOORE
                CREDITOR DID NOT CASH CHECK
                CHECK #439186 FOR $17.69
                CAPTIAL ONE
                PO BOX 85140
                RICHMOND, VA 23285-5140